**David E. HENDERSON, Appellant**

v.

**Charles McNABB, Appellee.**

No. 10–7059.

United States Court of Appeals, District of Columbia Circuit.

Oct. 15, 2010.

David E. Henderson, El Paso, TX, pro se.

BEFORE: SENTELLE, Chief Judge; and ROGERS and GRIFFITH, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order dismissing appellant's complaint be affirmed. The district court correctly determined it lacked subject matter jurisdiction over that complaint. *See* 28 U.S.C. §§ 1331, 1332.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.